COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-327-CV

IN RE INTERLINE BRANDS, INC. RELATORS

AND JEFFREY DON PARSONS 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, LIVINGSTON, and WALKER, JJ.

DELIVERED:  August 11, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.